## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| JORDAN ROSENBLATT, Individually and On Behalf of All Others Similarly Situated,<br><br>         Plaintiff,<br><br>v.<br><br>EL PASO ELECTRIC COMPANY, CHARLES A. YAMARONE, EDWARD ESCUDERO, PAUL M. BARBAS, JAMES W. CICCONI, MARY E. KIPP, RAYMOND PALACIOS, JR., ERIC B. SIEGEL, STEPHEN N. WERTHEIMER, SUN JUPITER HOLDINGS LLC, and SUN MERGER SUB INC.,<br><br>         Defendants. | Case No. 1:19-cv-01367-MN |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified in the Action.

Dated: January 29, 2020

**OF COUNSEL:**

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
Telephone: (484) 324-6800
Facsimile: (484) 631-1305
Email: rm@maniskas.com

**RIGRODSKY & LONG, P.A.**

By:  */s/ Brian D. Long*
     Brian D. Long (#4347)
     Gina M. Serra (#5387)
     300 Delaware Avenue, Suite 1220
     Wilmington, DE 19801
     Telephone: (302) 295-5310
     Facsimile: (302) 654-7530
     Email: bdl@rl-legal.com
     Email: gms@rl-legal.com

     *Attorneys for Plaintiff*